ACCEPTED
04-14-00862-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
3/16/2015 7:28:59 PM
KEITH HOTTLE
CLERK

## NO. 04-14-00862-CR

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **IN THE COURT OF APPEALS** |
| **VS.** | § | **THE FOURTH SUPREME** |
| **NOEL M. BALDERAS** | § | **JUDICIAL DISTRICT, TEXAS** |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
3/16/2015 7:28:59 PM
KEITH E. HOTTLE
Clerk

## MOTION TO WITHDRAW

TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes John J. Ritenour, Jr, counsel for Noel M. Balderas, appellant in the above styled and numbered cause, and moves this Court to permit him to withdraw from this matter and for good cause shows the following:

### I.

This case is on appeal from the 187th Judicial District Court of Bexar County, Texas. The case below was styled the *State of Texas vs. Noel M. Balderas*, and numbered 2012-CR-7108.

### II.

Appellant was charged by Indictment with the offense of Possession of a Controlled Substance, Penalty Group 1, Less than 1 Gram. Appellant was placed on deferred adjudication community supervision pursuant to a plea of nolo contendere, and in accordance with a plea agreement. Appellant subsequently pled true to allegations that he had violated conditions of his community supervision. As a result, the trial court entered an adjudication of guilt in the matter, and a sentence of eighteen (18) months in the Texas Department of Criminal Justice-State Jail Division was assessed on November 20, 2014. Appellant timely

filed a Notice of Appeal, and undersigned counsel was appointed to represent Appellant.

## III.

Following a review of the record and relevant authorities, counsel has determined appeal in this matter would be frivolous and without merit, and has filed a Brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Counsel has forwarded a copy of that brief to Appellant, along with a letter explaining his *pro se* appellate right in this situation, and a Motion for *Pro Se* Access to the Appellate Record, completed except for completion of the date of mailing to the Court of Appeals, and Appellant's signature.

## IV.

In light of the foregoing, counsel requests this Court permit him to withdraw from this matter, and notify Appellant of further briefing deadlines.

WHEREFORE, PREMISES CONSIDERED, appellant prays that this Court grant this Motion To Withdraw, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted:

/S/JOHN J. RITENOUR, JR.
JOHN J. RITENOUR. JR.
State Bar No. 00794533
Milam Building, Suite 1716
115 E. Travis Street, Suite 1716
San Antonio, TX 78205
(210) 222-0125
Fax: (210) 222-2467
Ritenourlaw@aol.com
*Attorney for Appellant*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this the ___16th___ day of ___March___, 2015 I electronically served a copy of this Motion to Withdraw on the District Attorney for Bexar County, Texas, (ATTN: Appellate Section) by addressing it to Jeanette.Canales@Bexar.org through the Texas efiling system.

I further certify that on this the ___16th___ day of ___March___, 2015, I forwarded a copy of this Motion to Withdraw to Appellant Noel M. Balderas, TDCJ #01966486, Fabian Dale Dominguez State Jail, 6535 Cagnon Road, San Antonio, TX 78252, by U. S. Mail.

> ___/S/JOHN J. RITENOUR, JR.___
> JOHN J.  RITENOUR, JR.